JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QINRONG QIU, an individual, <br><br> Plaintiff(s), <br><br> vs. <br><br> HONGYING ZHANG, an individual, XINGHUA YU, an individual, JIE YU, an individual, BOXWOOD INTERNATIONAL LLC and DOES 1 to 5, inclusive, <br><br> Defendant(s). | Case No.: 2:17-cv-05446-JFW-JEMx <br><br> **JUDGMENT GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

JUDGMENT

Having considered Plaintiff's Application for Default Judgment, the Court hereby orders as follows:

1. Plaintiff shall be awarded $3,536,230.00 against Defendant Hongying Zhang and Defendant Xinghua Yu.
2. Plaintiff shall be awarded $750,000.00 against Defendant Jie Yu.

Dated: October 27, 2017

_____
Hon. John F. Walter
U.S. District Court Judge